UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TURNER BROS. CRANE AND
RIGGING, LLC

VERSUS

KINGBOARD CHEMICAL HOLDING
LIMITED, RWM PROPERTIES, LLC
PIONEER MAINTENANCE AND
ERECTORS, LLC AND ASHLAND, INC.

CIVIL ACTION

NO. 06-88-A

### RULING
### ON MOTION TO REMAND,
### SUPPLEMENTAL MOTION TO REMAND
### AND MOTION FOR ATTORNEY FEES

The court has carefully considered the motion to remand, the supplemental motion to remand, and motion for attorney's fees expenses and costs, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated August 21, 2007 (doc. 203). Kingboard Chemical Holding Limited has filed an objection (doc. 204) which Turner Brothers has opposed (doc. 205). Kingboard's objection merely restates legal argument and does not require de novo findings under 28 U.S.C. § 636.

The court hereby approves the well reasoned and well written report and recommendations of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion to Remand (doc. 148) and Supplemental Motion to Remand (doc. 155) filed by Turner Bros. Crane and Rigging, LLC is hereby **GRANTED** and this matter shall be **REMANDED** to the Eighteenth Judicial District Court for the Parish of Iberville, State of Louisiana, for lack of jurisdiction over the subject matter; further, neither party shall be awarded any costs, expenses, or attorney's fees, and

Kingboard Chemical Holding Limited's Motion for Discovery Expenses and Costs (doc. 192) is hereby **DENIED**.

Baton Rouge, Louisiana, September 24, 2007.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA